DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY HERNDON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1819

[November 24, 2021]

Appeal of order denying rule 3.850 from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case Nos. 562016CF001802, 562016CF001803 and 562016CF001804.

Gregory Herndon, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***